IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv45

| | |
|---|---|
| GUY J. TAYLOR, )<br>)<br>        Plaintiff, )<br>)<br>        vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>        Defendant. )<br>_____) | **SEALED ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Short Form) [Doc. 2].

The Court has reviewed the application and finds that the Plaintiff should submit the long form application.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the Plaintiff shall file the Long Form Application to Proceed in District Court without Prepaying Fees or Costs. Failure to do so will result in dismissal of the action without prejudice.

Signed: November 3, 2011

Martin Reidinger
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff